UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EBONY BYRD,<br>　　　　Plaintiff,<br>　　v.<br>M.A.C. COSMETICS INC., et al.,<br>　　　　Defendants. | Case No. 24-cv-01639-PHK<br><br>**JUDICIAL REFERRAL ORDER**<br>Re: Dkt. 43 |

The Court has reviewed the Parties' Joint Stipulation Regarding Relating Cases in which the Parties agree that, in their view, this case should be related to an earlier-filed case pending in this District, specifically *Maciel et al. v. M.A.C. Cosmetics, Inc.*, Case No. 3:23-cv-03718-AMO. [Dkt. 43]. Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned issues this referral order.

Pursuant to Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Martinez-Olguin for a determination as to whether this case is or should be related to *Maciel et al. v. M.A.C. Cosmetics, Inc.*, Case No. 3:23-cv-03718-AMO.

**IT IS SO ORDERED.**

Dated: April 4, 2024

PETER H. KANG
United States Magistrate Judge