UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO MACIEL, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>M.A.C. COSMETICS INC.,<br><br>          Defendant. | Case No.  23-cv-03718-AMO<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Re: Dkt. No. 44 |

Before the Court is Plaintiffs' Motion for Appointment of Interim Class Counsel. The matter is fully briefed and suitable for decision without oral argument. Accordingly, the hearing set for October 21, 2024 is **VACATED**. *See* Civil L.R. 7-1(b). Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the Court hereby **GRANTS** the Motion and **ORDERS** as follows:

1. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Righetti Glugoski, P.C. and Nathan & Associates, APC are appointed as Interim Co-Lead Counsel.

2. Consistent with the Manual for Complex Litigation, Fourth, §§ 10.221 and 40.22, Interim Co-Lead Counsel shall have the authority to perform or delegate the following tasks on behalf of all Plaintiffs in this action:

   a. directing, coordinating, and supervising the prosecution of Plaintiffs' claims in this action;

   b. preparing, structuring, and presenting pretrial and other case management orders;

   c. convening meetings of counsel;

   d. communicating with defense counsel;

   e. initiating, responding to, scheduling, briefing, and arguing all motions;

    f. appearing at all hearings and conferences regarding the case;

    g. determining the scope, order, and conduct of all discovery proceedings;

    h. assigning work to Plaintiffs' counsel in this action, as necessary and appropriate;

    i. retaining experts;

    j. conducting settlement negotiations on behalf of Plaintiffs and the class;

    k. entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

    l. preparing and distributing status reports to any other law firms that might seek to represent the proposed class;

    m. collecting and reviewing time and expense records from Plaintiffs' counsel on a regular basis, or as provided for under any Court-approved protocol;

    n. coordinating activities to avoid duplication and inefficiency in the filing, serving, and/or implementation of pleadings, other court papers, discovery papers, and discovery practice, and generally in the litigation;

    o. coordinating discovery and briefing of common legal issues, and if appropriate, settlement approval proceedings; and

    p. performing such other duties that may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court.

3. Interim Co-Lead Counsel shall **SUBMIT** for the Court's approval a Timekeeping Protocol governing the management, exchange, and submission of Plaintiffs' counsel's time and expenses in this litigation, no later than 12:00 p.m. on October 21, 2024.

**IT IS SO ORDERED.**

Dated: October 15, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**